JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court
SEALED

**Place of Offense:**  **Related Case Information:**  17 CR 061 JDP

City: Ashland and Odanah   Superseding _____   Docket Number 061
County/Parrish: Ashland County, WI   Same Defendant _____   New Defendant _____
  Magistrate Judge Case Number _____
  Search Warrant Case Number _____
  R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed   ✓ Yes   ___ No

Def. Name: Tony R. Compton
Alias Name: _____
City/State: Ashland, WI
Year of Birth: 1985   Last 4 digits of SSN: 7458
Sex: M   Race: W

**U.S. Attorney Information:**

AUSA: Corey C. Stephan   Bar #: _____
Interpreter: ✓ No   ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: October 6, 2016
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
✓ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 3   ___ Petty   ___ Misdemeanor   ✓ Felony
  ___ Class A
  ___ Class B
  ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Methamphetamine | 1, 3 |
| Set 2 | 18 U.S.C. §924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____   Signature of AUSA   /s/ Corey C. Stephan