DOC NO
REC'D/FILED
2017 JUN 22 PM 12: 11
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 17 CR 061 JDP |
| TONY R. COMPTON, | 21 U.S.C. § 841(a)(1) |
| | 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 1, 2016, in the Western District of Wisconsin, the defendant,

TONY R. COMPTON,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 2

On or about September 1, 2016, in the Western District of Wisconsin, the defendant,

TONY R. COMPTON,

knowingly and intentionally possessed a firearm, specifically, a loaded Davis Industries .25 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with intent to distribute a controlled substance, as charged in Count 1 of this indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(i)).

### COUNT 3

On or about October 6, 2016, in the Western District of Wisconsin, the defendant,

TONY R. COMPTON,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

PRESIDING JUROR

JEFFREY M. ANDERSON
Acting United States Attorney

Indictment returned: 6-21-17